# United States Court of Appeals
## For the First Circuit

Nos. 06-1210, 06-1211, 06-1212, 06-1851, 06-1852, 06-2094

VANESSA DIXON,

Plaintiff, Appellee/Cross-Appellant,

v.

INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS; INTERNATIONAL
BROTHERHOOD OF POLICE OFFICERS, LOCAL 382; JOHN LEARY,

Defendants, Appellants/Cross-Appellee,

KENNETH T. LYONS,

Defendant, Cross-Appellee.

ERRATA SHEET

The opinion of this Court issued on September 28, 2007, is
amended as follows:

Coverpage, line 42, replace "Lint" with "Lunt"

Page 8, footnote 1: "National Association of Governance
Employees" is corrected to "National Association of Government
Employees"

Page 17, second paragraph:  The citation to <u>Bain</u> is amended to
read "<u>Bain</u>, 678 N.E.2d at 161"